UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
THOMAS MARRAMA,                                                   :
                                                                  :    **ORDER REGULATING**
                                    Plaintiff,                    :    **PROCEEDINGS**
       -against-                                                  :
                                                                  :    20 Civ. 10237 (AKH)
CITY OF NEW YORK, et al.,                                         :
                                                                  :
                                    Defendants.                   :
                                                                  :
                                                                  :
                                                                  :
----------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On April 9, 2021, Defendants filed a request for an extension of time to respond to the Complaint and a request for venue transfer. That motion is now moot, as Defendants filed a motion to dismiss and the case was transferred to me, and the Clerk shall terminate ECF No. 13.

      On November 18, 2021, the parties filed a joint stipulation of voluntary dismissal. *See* ECF Nos. 26, 27. However, the Clerk noted deficiencies with the filing and directed the parties to re-file the stipulation. Given the parties attempts to dismiss the case, the Clerk shall terminate the pending motion to dismiss, ECF No. 16. Additionally, the parties shall re-submit the joint stipulation of voluntary dismissal, consistent with the Clerk's instructions.

      SO ORDERED.

Dated:     February 17, 2022                              /s/ Alvin K. Hellerstein
          New York, New York                         ALVIN K. HELLERSTEIN
                                     United States District Judge